215846

**Joseph Capobianco, Esq.**
**Reisman Peirez Reisman & Capobianco LLP**
**1305 Franklin Avenue**
**PO Box 119**
**Garden City, New York 11530**
**(516) 746-7799**
jcapobianco@reismanpeirez.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re

        UPSTATE PHYSICIAN SERVICES, PC,

                              Debtor.

-------------------------------------------------------------------X

Chapter 11
Case No. 1-1942125-cec
**NOTICE OF APPEARANCE AND DEMAND FOR <u>SERVICE OF PAPERS</u>**

      **PLEASE TAKE NOTICE**, that Ascentium Capital LLC, a creditor of Upstate Physician Services, PC ("Debtor"), debtor in the above-captioned Chapter 11 case, by its attorneys, Reisman Peirez Reisman & Capobianco LLP, demands, pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served or required to be served on Ascentium Capital LLC, be served upon the undersigned at the following office address, facsimile number, telephone number, and e-mail address:

        Reisman Peirez Reisman & Capobianco LLP
        Attn: Joseph Capobianco, Esq.
        1305 Franklin Avenue
        PO Box 119
        Garden City, New York 11530
        Phone (516) 746-7799
        Fax (516) 742-4946
        E-mail: JCapobianco@reismanpeirez.com

      **PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Rules, the foregoing demand includes not only the notices and papers referred to in

215846

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile transmission or otherwise, which may affect or seek to affect any rights or interests of the above-captioned debtor, any creditor, or any other party in interest in the above cases.

**PLEASE TAKE FURTHER NOTICE**, that this notice of appearance and demand for service of papers is without prejudice to the rights, remedies, and claims of Ascentium Capital LLC , and shall not be deemed or construed to be a waiver of its rights to: (1) have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) trial by jury in any proceeding related to these cases; or (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: Garden City, New York
April __, 2019

**REISMAN PEIREZ REISMAN & CAPOBIANCO LLP**

By: _____
   Joseph Capobianco
*Attorneys for Ascentium Capital LLC*
1305 Franklin Avenue
PO Box 119
Garden City, New York 11530
(516) 746-7799
JCapobianco@reismanpeirez.com

215846

- 3 -

TO:    Charles Higgs, Esq.
Law Office of Charles A. Higgs
115 E.23rd Street, 3rd Floor
New York, New York  10010
*Attorney for Debtor*

Office of the United States Trustee
Eastern District of New York (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014